139 So. 104

## LINDSEY LUMBER & EXPORT CO. v. G. M. FAILE.

### 1 Div. 702.

Supreme Court of Alabama.

Nov. 19, 1931.

Rehearing Denied Jan. 28, 1932.

Q. W. Tucker and Woodford Mabry, both of Grove Hill, for petitioner.

Adams & Gillmore, of Grove Hill, for respondent.

GARDNER, J.

Petition of G. M. Faile for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Lindsey Lumber & Export Co. v. Faile, 139 So. 103.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.

139 So. 259

## HENRY, County Treasurer, v. WILSON.

### 6 Div. 55.

Supreme Court of Alabama.

Dec. 3, 1931.

Rehearing Denied Feb. 4, 1932.

